AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 MAR 21 PM 1:50
DEPUTY CLERK _DXS_

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-MJ-32 |
| | ) | |
| KYUNG MIN KONG (01) | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kyung Min Kong                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

On or about March 20, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, Kyung Min Kong, defendant, did knowingly and with intent to defraud produce, use, and traffic in one and more counterfeit access devices, which affected interstate and foreign commerce. In violation of Title 18, United States Code, Sections 1029(a)(1).

Date:   03/21/2018

*Issuing officer's signature*

City and state:   Amarillo, Texas

Douglas R. Woodburn, District Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  3/21/18  , and the person was arrested on *(date)*  3/20/18
at *(city and state)*  Panhandle, TX  .

Date:  3/21/18

*Arresting officer's signature*

Billy Melton Special Agent
*Printed name and title*